# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN RAFAEL CABREJA BUENO,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | **NO. 26-304** |
| **v.** | : | |
| | : | |
| **DAVID O'NEILL,** *Acting Field Office* | : | |
| ***Director, Philadelphia Field Office*** | : | |
| ***Immigration and Customs*** | : | |
| ***Enforcement, et al.,*** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 13ᵗʰ day of February 2026, upon consideration of Petitioner Juan Rafeal Cabreja Bueno's, ("Mr. Cabreja"), *amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241,* (ECF 8), Mr. Cabreja's *motion for temporary restraining order and preliminary injunction,* (ECF 2), and Respondents' response in opposition, (ECF 11), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Mr. Cabreja's *habeas corpus* Petition is **GRANTED**, as follows

1. Mr. Cabreja is not subject to mandatory detention under 8 U.S.C. § 1225(b)(1), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. Because Mr. Cabreja does not appear to be a danger to the community nor a flight risk, and is being unlawfully and unconstitutionally detained, he is to be released from custody at the Federal Detention Center, (the "FDC"), in Philadelphia, Pennsylvania immediately or no later than twenty-four (24) hours of this Order;

3. Respondents are further directed to return to Mr. Cabreja any and all funds or property which may have been seized from Mr. Cabreja at the time of his arrest;

4.  Respondents are directed to certify compliance with the Court's Order by filing such certification on the docket by noon on February 15, 2026; and

5.  In the event Mr. Cabreja is re-detained, it shall be pursuant to 8 U.S.C. § 1226(a) and, Respondents shall provide Mr. Cabreja with a timely bond hearing and, if it becomes necessary, an opportunity to appeal any future denial of bond with the Board of Immigration Appeals.

It is further **ORDERED** that, since the *habea*s petition has been granted, the Temporary Restraining Order granted on January 20, 2026, is herein **VACATED**.  Accordingly, Mr. Cabreja's request for a preliminary injunction, is **DENIED**, as moot.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*